NO-JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERCURY CABLE & ENERGY, INC., et al., | Case No. SACV 12-01857 JGB(ANx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| WANG CHEN AKA MARTIN WANG, et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Wang Chen A.K.A. Martin Wang and Tammie Wang A.K.A. Tammie Xiu are DISMISSED WITHOUT PREJUDICE from Plaintiffs' Complaint. The Court orders that such judgment be entered.

Dated: April 3, 2013

                                        JESUS G. BERNAL
                                  United States District Judge